# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

                **Plaintiff,**                Case No. 02-CR-75

    **v.**

**GILFREDO GALINDO,**

                **Defendant.**

## ORDER GRANTING LEAVE FOR DISMISSAL
## THE SUPERSEDING INDICTMENT

    Upon the government's request and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure,

    **IT IS HEREBY ORDERED** that leave of the court is granted for the filing of the forgoing dismissal without prejudice of the superseding indictment in the above-referenced matter against the defendant, Gilfredo Galindo.

    **SO ORDERED** this 23rd day of September 2005.

                                          s/ Rudolph T. Randa
                                          HON. RUDOLPH T. RANDA
                                          Chief United States District Judge